fect ninety days after adjournment, from a consideration of those factors. It announced and followed the principle that the intent of the Legislature arrived at from a consideration of an Act as a whole must govern the court in deciding when that Act becomes effective. That is the principle of decision in this case, and in making that decision we do not overrule or modify our decision in the Popham-Patterson case.

 Our conclusion on the case as a whole is that the county did not have the right to call the bonds for redemption prior to the dates of their respective maturities; that petitioners were well within their rights in declining to surrender them upon call, and are therefore entitled to recover interest thereon to their respective maturity dates. Accordingly, it is ordered that the judgments of both courts below be reversed and judgment here rendered in favor of petitioners.

Reversed and rendered.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is aggravated assault; the punishment, a fine of $100 and six months' confinement in the county jail.

The record before us is without a statement of facts or bills of exception. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.

Opinion approved by the court.

